UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 258 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| MICHAEL DUGGER, | ) | REFERRAL TO U.S. PROBATION |
| | ) | <u>OFFICE</u> |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Michael Dugger, which was referred to the Magistrate Judge with the consent of the parties.

On May 20, 2020, the government filed a 39 count Indictment, charging Defendant Michael Dugger in counts 1, 2- 5, 6-8, 13, 17, and 22 with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances , in violation of Title 21 U.S.C. §§ 841(a)(1) and(b)(1)(B), (b)(1)( C ) and 846, Interstate Travel in Aid of Racketerring, in violation of Title 18 U.S.C. § 1952(a)(3) and 2, and Use of a Communication Facility to Facilitate a Felon Drug Offense, in violation of Title 21 U.S.C. 843(b). Defendant was arraigned on June 1, 2020 and entered a plea of not guilty to counts 1, 2- 5, 6-8, 13, 17 and 22 of the Indictment, before Magistrate Judge Baughman. On November 22, 2021, Magistrate Judge Parker received Defendant Dugger's plea of guilty to counts 1, 2- 5, 6-8, 13, 17, and 22 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after

it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Dugger is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Michael Dugger is adjudged guilty to counts 1, 2-5, 6-8, 13, 17, and 22 of the Indictment, in violation of Title 21 U.S.C. §§ 841(a)(1) and(b)(1)(B), (b)(1)( C ) and 846, Title 18 U.S.C. § 1952(a)(3) and 2, and Title 21 U.S.C. 843(b). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on March 22, 2022, at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 28, 2021